# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 545 MAL 2023

       Respondent               :

                                     :   Petition for Allowance of Appeal

                                     :   from the **Unpublished**

           v.                   :   **Memorandum and Order** of the

                                     :   Superior Court at No. 2261 EDA

                                     :   2022 entered on July 10, 2023,

JOHN M. SCHEPPARD,              :   **vacating and remanding** the

                                     :   Judgment of Sentence of the Pike

           Petitioner             :   County Court of Common Pleas at

                                     :   No. CP-52-CR-0000026-2016

                                        entered on August 12, 2022

## <u>ORDER</u>

**PER CURIAM**                                           **DECIDED: June 24, 2025**

       **AND NOW**, this 24th day of June, 2025, the Petition for Allowance of Appeal is **GRANTED**, the order of the Superior Court is **VACATED**, and the case is **REMANDED** to the Superior Court for reconsideration in light of *Commonwealth v. Shifflett*, __ A.3d __, 2025 WL 1535292 (Pa. 2025).

Justice McCaffery did not participate in the consideration or decision of this matter.